IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SYLVESTER SIMS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4310

_____/

Opinion filed October 21, 2014.

An appeal from an order of the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Bruce A. Miller, Public Defender, and Marshawn Griffin, Assistant Public Defender, Pensacola, for Appellant.

No appearance for Appellee.


PER CURIAM.

Upon consideration of appellant's response to the Court's order of September 18, 2014, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

WOLF, BENTON, and MAKAR, JJ., CONCUR.